UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATHRYN BURGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:15-CV-4081-G |
| KROGER TEXAS, L.P., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This judgment is entered pursuant to FED. R. CIV. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion and order, it is **ORDERED** that the plaintiff take nothing from the defendant on her claims in this case and that the defendant recover its costs of court.

July 5, 2016.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**